Daniel J. O'Rielly (State Bar No. 214846)
Spiros E. Fousekis (State Bar No. 260387)
**O'RIELLY & ROCHE LLP**
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:  (415) 952-3002
Facsimile:   (415) 520-9394

Attorneys for Defendant
GE CAPITAL RETAIL BANK (Erroneously sued as
"GENERAL ELECTRIC CAPITAL CORPORATION")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON MONTOYA,<br><br>           Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>           Defendant. | Case No. C13-04612-JCS<br><br>**NOTICE OF SETTLEMENT** |

Defendant GE Capital Retail Bank ("GECRB"), erroneously sued as General Electric Capital Corporation, and Plaintiff Marlon Montoya have reached a settlement in this matter. The parties are in the process of memorializing the terms of the settlement agreement and GECRB anticipates that GECRB will be dismissed in the coming weeks.

| | | |
|---|---|---|
| 1 | Date: January 15, 2014 | Respectfully submitted, |
| 2 | | **O'RIELLY & ROCHE LLP** |
| 3 | | By: /s/ Daniel J. O'Rielly |
| 4 | | Daniel J. O'Rielly |
| 5 | | Attorneys for Defendant |
| 6 | | GE CAPITAL RETAIL BANK (Erroneously sued as GENERAL ELECTRIC CAPITAL CORPORATION) |

# PROOF OF SERVICE

I declare that I am over the age of 18 years and not a party to the within action. My business address is 4 Embarcadero Center, Suite 1400, San Francisco, California, 94111.

On January 15, 2014, I served the following document(s):

- **NOTICE OF SETTLEMENT**

To:

*Attorneys for Plaintiff Marlon Montoya*
Todd M. Friedman
Nicholas J. Bontrager
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com

**XXX  BY ECF.** I caused such documents to be e-filed with the Court which were then served on counsel via the ECF filing system.

Suren N. Weerasuriya
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228

  XXX **BY MAIL.** I caused such envelop to with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on January 15, 2014 at San Francisco, California.

                 /s/  Elizabeth Archer-Evans    
              Elizabeth Archer-Evans